UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER D. ROYSTER,

    Plaintiff,

v.                                                    Case No: 8:23-cv-614-CEH-AEP

FLORIDA DEPARTMENT OF REVENUE,
JULIE L. SERCUS, DAVE KERNER,
JIM ZINGALE and RON DESANTIS,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 13, 2023 (Doc. 13), recommending that Plaintiff's Motion to proceed *in forma pauperis* (Doc. 11) be denied, Plaintiff's Second Amended Complaint (Doc. 10) be dismissed with prejudice, and the Clerk be directed to close the case.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now

    **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Doc. 13) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 11) is **DENIED**.

3. Plaintiff's Second Amended Complaint (Doc. 10) is **DISMISSED** with prejudice.

4. The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of October 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record